Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

### for the

Eastern    District of    Virginia

Richmond    Division

|  |  |
|---|---|
| *Xi Chin Clan Nation et al*<br>**Plaintiff(s)** ( See attached)<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br>-v-<br><br>*Camille T. Bacca, et al* (See attached)<br>**Defendant(s)**<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20cv00739<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

*See Attached for Complaint.*

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s) ( see attached)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                        *Chief White Owl*
Street Address              *P.O. Box 6666*
City and County             *Woodbridge, Prince William County*
State and Zip Code          *Virginia 22195*
Telephone Number            *703 967 5994*
E-mail Address              *Compenforcea @quate yamaseecount.org*

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed. *( see attached
documents.*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 2**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 3**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*See Attached*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* *(See Attached)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

    *This is not an amount in controversy Elaine Hanover, the amount exceeds 2 million.*

**III.**    **Statement of Claim** *( see attached)*

    Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

#### 1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

#### 2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

C.   **What are the facts underlying your claim(s)?**  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09·18·2020

Signature of Plaintiff  *Chief Whiteowl.*

Printed Name of Plaintiff  *Chief white owl*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

2020 SEP 18 P 2:09

DISTRICT COURT
RICHMOND. VIRGINIA

FILED

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

XI CHIN CLAN NATION
P.O. Box 6666
Woodbridge, VA 22195

HARMON RHASHEA LYNN
FOREIGN TRUST
P.O. Box 7446
Philadelphia, Pennsylvania 19101

THE BE KIND AND UNIFIED
FOREIGN PRIVATE FAMILY
INDIGENOUS TRUST
1361 S. 46th Street
Philadelphia, Pennsylvania 19143

RLH MAAT LAW OFFICE
P.O. Box 7446
Philadelphia, Pennsylvania 19101

GUALE YAMASSEE COMPLIANCE
DEPARTMENT
P.O. Box 19835
Philadelphia, Pennsylvania 19143

and

GUALE YAMASSEE JURIS CONSUL
OFFICE
P.O. Box 19835
Philadelphia, Pennsylvania 19143

        Claimants,

vs.

CAMILLE T. BARRY, DBA NOTARY
AND OWNER OF BEREEN & BARRY
INVESTMENTS, LLC
11654 Plaza America Drive
Reston, Virginia 20190

-and-

      :
      :
      :
      :  DOCKET NO.  3:20cv00739
      :
      :
      :
      :  FEDERAL QUESTION
      :  INTERNATIONAL LAW and
      :  INDIGENOUS HUMAN RIGHTS

**Page 1 of 27**

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

BRANCH BANKING AND TRUST
CORPORATION (NYSE:BB&T) DBA
c/o INTERTRUST BANK
190 Elgin Avenue
Grand Cayman KY1-9005, Cayman
Islands

-and-

COMMONWEALTH OF VIRGINIA
Ralph Northam,
DBA GOVERNOR OF VIRGINIA
c/o OFFICE OF THE SECRETARY OF
THE COMMONWEALTH
SERVICE OF PROCESS
DEPARTMENT
P.O. BOX 2452
Richmond, Virginia 23218-2452

-and-

SECRETARY OF THE
COMMONWEALTH OF VIRGINIA
P.O. Box 1795
Richmond, Virginia 23218-1795

-and-

SAMUEL P. WHITE, P.C.
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462

-and-

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
Josh Shapiro, Esquire dba
ATTORNEY GENERAL OF
PENNSYLVANIA
393 Walnut Street
Harrisburg, Pennsylvania 17120

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

-and-

COMMONWEALTH OF
PENNSYLVANIA
Tom Wolf
DBA GOVERNOR OF
PENNSYLVANIA
Main Capital, Room 225
Harrisburg, Pennsylvania
Commonwealth, [17120]

-and-

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

PHILADELPHIA COUNTY, CITY OF
PHILADELPHIA
Jim F. Kenney
DBA Mayor of the City of Philadelphia
City Hall, Room 115
Philadelphia, Pennsylvania 19107

-and-

SUPREME COURT OF
PENNSYLVANIA
AOPC
1515 Market Street
Philadelphia, Pennsylvania 19106

-and-

MATRIX FINANCIAL SERVICES
CORPORATION,
5151 CORPORATION DRIVE
TROY, MI 48098

-and-

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

---

FLAGSTAR BANK
5151 Corporate Drive
Troy, Michigan 48098-2639

-and-

PENNSYLVANIA HUMAN
RELATIONS COMMISSION
Philadelphia Regional Office
10 N. 8th Street, Suite 501
Philadelphia, Pennsylvania 19107

-and-

OFFICE OF THE SHERIFF
CITY and COUNTY of
PHILADELPHIA
LAND TITLE BUILDING
100 S. Broad Street, 5th Floor
Philadelphia, Pennsylvania 19110

-and-

COMMONWEALTH LAND TITLE
INSURANCE COMPANY
601 Riverside Avenue
Jacksonville, Florida 32204

-and-

THE FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA, OFFICE OF
JUDICIAL RECORDS FOR FILING
(AGENTS and AGENCIES)
Room 284, City Hall
PHILADELPHIA, PENNSYLVANIA
COMMONWEALTH 19107

-and-

PHELAN, HALLINAN DIAMOND &
JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
ONE PENN CENTER PLAZA

---

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

---

PHILADELPHIA, PA 19103

-and-

GRB LAW
1425 Spruce Street, Suite 100
Philadelphia, Pennsylvania 19102

-and-

POMERANTZ & ASSOCIATES
21 S. 12th Street, 7th Floor
Philadelphia, Pennsylvania 19107

-and-

LINDA CARPENTER, dba Judge for
Philadelphia Court of Common Pleas
1418 Criminal Justice Center,
Philadelphia, Pennsylvania 19107

-and-

FANTA SANOE
6829 Guyer Avenue
Philadelphia, Pennsylvania 19142

-and-

NIS LAR LLC
4323 Spruce Street
Philadelphia, Pennsylvania 19104

-and-

Justin L Krik, Esquire dba
ATTORNEY AT LAW
1500 JFK Boulevard, Suite 630
Philadelphia, Pennsylvania 19102

-and-

---

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

YELENA SNIGUR
dba NOTARY PUBLIC IN
PENNSYLVANIA
c/o PENNSYLVANIA DEPARTMENT
OF STATE BUREAU OF
COMMISSIONS
Capital Park
401 North Street
Harrisburg, Pennsylvania 17101

-and-

BANK OF NEW YORK MELLON
Thomas P. Gibbons, dba Vice Chair and
Chief Financial Officer and
Robert Kelly
225 Liberty Place
New York, NY 10286

-and-

BANK OF AMERICA
100 N. Tryon Street
Charlotte, North Carolina 28255

-and-

DITECH FINANCIAL LLC
3000 Bayport Drive
1100 Tampa, Florida 33607

-and-

BAYVIEW LOAN SERVICING
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, Florida 33146

-and-

WORCHESTER COUNTY SHERIFF'S
OFFICE
240 Main Street
Worchester, MA 01608

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

-and-

MCCARTER & ENGLISH LLP
265 Franklin Street
Boston, Massachusetts 02110-3113

-and-

SECRETARY OF THE
COMMONWEALTH OF
MASSACHUSETTS
McCormack Building,
One Ashburton Place
Boston, Massachusetts 02108

-and-

ANTHONY N. RENZI dba
WALTER INESTMENT
MANAGEMENT CORP., and
Gary L. Tillett, dba as Chief Financial
Officer of Walter Investment
Management Corporation
3000 Bayport Drive, Suite 1100
Tampa, Florida 33607

-and-

WORCHESTER COUNTY SHERIFF'S
OFFICE
240 Main Street
Worcester, Massachusetts 01608

-and-

8

OFFICE of ATTORNEY GENERAL
Maura Healy, Esquire dba Attorney
General of Massachusetts
1 Ashburton Place
Boston, Massachusetts 02108

-and-

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

COMMONWEALTH OF
MASSACHUSETTS
Charlie Baker, dba Governor of
Massachusetts
c/o Massachusetts State House
Beacon Street, #280
Boston, Massachusetts 12133

-and-

KORDE & ASSOCIATES, P.C.
Timothy French Esquire
900 Chelmsford Street, Suite 3102
Lowell, Massachusetts 01851

-and-

OFFICE OF CONSUMER AFFAIRS
AND BUSINESS REGULATION
501 Boylston Street #5100
Boston, Massachusetts 02116

-and-

MICHAEL BOMSTEIN, Esquire
100 S. Broad Street, #2126
Philadelphia, Pennsylvania 1907

-and-

STRADLEY RONON STEVENS &
YOUNG LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103-2018

-and-

PREMIER TITLE COMPANY
8245 Boone Boulevard,
Suite 410
Tysons, Virginia  22182

-and-

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

---

FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA THE
PHILADELPHIA COURTS
LandLord Tenant Court
Court Administrator
1339 Chestnut Street, Room 1020
Philadelphia, Pennsylvania 19107

-and--

INTERNAL REVENUE SERVICE
Office of Customer Service
P.O. Box 1115
Richmond, VA 20218

_____Respondents._____

---

## INDIGENOUS TRUSTEES COMPLAINT IN FRAUD AND DEPRIVATION OF HUMAN AND PROPERTY AND CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW THROUGH MALFEASANCE

NOW COMES, INDIGENOUS TRUSTEES and CHIEF WHITE OWL and files this herein COMPLAINT a FEDERAL CIVIL ACTION and avers the following:

### ORIGINAL JURISDICTION

Under USC 1362, The district courts shall have original jurisdiction of all civil actions, brought by any [indigenous] tribe or band with a governing body duly recognized by the Secretary of the Interior, wherein the matter in controversy arises under the Constitution, laws, or treaties of the United States.

### BACKGROUND

1. Claimants are Indigenous to the land of North America, and originate from the Tsalagi Nation, which has over 10,000 years of History.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

2. Claimants, are the descendants of the Tsalagi Nation, and are the beneficiaries of all Treaties entered between Britain, The United States and the Tsalagi Nation.

3. Claimants, currently are members of the Guale Yamassee Indigenous Native American Association of Nations.

4. Claimants are members of a protected class.

5. Treaty protects Claimants to freely engage in trade and commerce without restraint.

6. Claimants real property and land gifted them by Yahuah have been targeted by the above listed united states agents and public officials through ongoing and continuous acts that have caused irreparable harm.

7. Claimants through birthright are the original owners, jointly owned with all Indigenous peoples, of land gifted them by their Elohiym.

8. Claimants, possess original land patents to land in North America and are the beneficiaries of the land, despite any obstructions built upon the land and claimed to be owned by allative foreign entities and foreign agents.

9. Claimants, upon receiving notice of the claims: 13-17599 Prince William County, 170503419 Philadelphia County, Writ 1511-4197, 18120106 Philadelphia County, 03972 Control No. 16095058 Philadelphia County, attempted to respond timely and had/have been obstructed by government agents and denied access to respond timely and effectively.

10. Further, when Claimants' inquired for assistance as per information contained in the Notice of Claim packet ,at all times, Respondents informed Claimants' beneficiaries that the only assistance they could provide them was to "help them make a payment".

11. Claimants assert that all times, Respondents engaged in fraudulent misrepresentation of material facts.

12. Claimants assert that all times, Respondents engaged in fraudulent mortgage presentments.

13. Claimants assert that all times, Respondents engaged in fraudulent assertion of contracts, when no legal contract, legal agreements, or legal mortgages existed.

14. All Respondents have taken an oath to uphold to defend and protect the Constitution of the United States against domestic and foreign nations.

15. All Respondents have taken an oath to uphold and protect the public.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

16. Respondents, since some unknown time, have been acting as if their public positions are their private illegal businesses and have engaged in self-dealing on a grand scale which includes the cooperation of various agents within the government structure.

17. Respondents, since some unknown time, have been acting within their public capacity to abuse the people and trespass against real property of Claimants.

18. Respondents, since some unknown time, through use of their public positions, have misused and abused their positions for their personal gain and have refused to uphold the just function of their offices.

19. Claimants responses have all been obstructed through denial of access to the courts.

20. Respondents are using the courts and the government agencies to funnel an orchestrate their unlawful and tortious acts against Claimants.

21. At all times, the courts in which matters have been asserted by Respondents, have ignored, arbitrarily dismissed and Ordered to Sheriff's sales against Claimants.

22. At all times, Respondents have engaged in acts of Threat, duress and coercion to obtain payment and property unlawfully.

23. Respondents have systematically established a system that misleads Claimants, once tney area sued in foreclosure court, to believe they are there to help them through the mortgage process and when they appear, they are there to ensnare and trap them like prey into giving up their property or making payments they never agreed to make or were required to make from the inception.

24. The Federal Government, *unknowingly*, funds organizations, that Respondents operate through, that present themselves as servicing the public to help in Fraudulent Mortgage Foreclosure matters,

25. Claimants have informed Respondents, that they are Indigenous, and that all of the property they have alleged to have an interest, is in Trust.

26. Respondents intentionally ignore any facts presented by Claimants, and knowingly deny Indigenous Trustees the right to appear, defend and access to the courts.

27. Respondents, possessing knowledge of the Indigenous Trustees, have intentionally and knowingly failed to notice the true owners of the property.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

28. When Claimants request evidence of mortgage, Respondents ignore and refuse to produce said evidence getting a Judge to bypass the request or the need for Respondents to produce any evidence of a contract or mortgage.

29. Claimants understand that when loans are granted and other financial contracts involving bank funds, a financial paper trail is created.

30. At all times Respondents have refused to provide the financial paper trails.

31. At all times Respondent courts have failed to accept and justly consider any and all evidence presented against Respondent entities and Respondent attorneys.

32. Respondent courts provide Respondent entities' agents an Respondent attorneys with cart blanche abilities to violate constitutional rights of Claimants.

33. Respondents have received thousands of Sheriff Sale properties through malfeasance acts committed by Respondents, and others not part of this Complaint.

34. Respondents have falsely and tortiously profited from thousands of Sheriff Sale properties through malfeasance acts committed by Respondents, and others not part of this Complaint.

35. Respondent Judges have engaged in numerous acts of arbitrarily denying and dismissing cases.

36. Respondent Judges have notoriously abused their discretion as judges in the cases that have caused this matter to be brought before this court.

37. Respondent Judges, knowing fraud has occurred, have wrongly and unlawfully, ordered Claimant beneficiaries to pay and place into escrow unwarranted amounts due, knowing Claimants owed nothing and when Claimant refused to pay, dismissed the case and issued judgment and default judgments against Claimant.

38. Respondent Judges have approved of Motions approving attorneys hired by alleged Mortgagee to not communicate with the Trustee or other legally interested party.

39. Respondents have engaged in numerous acts of preventing documents from timely being accepted and filed electronically and in person.

40. Respondents have intentionally engaged in tactics that mimic the Racketeering business of the mafia by using the justice system as a tool to threaten, coerce and place Claimants Beneficiaries under duress.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

41. Respondents have intentionally engaged in tactics to place Claimants under extreme emotional distress, directly and indirectly.

42. Respondent courts in the above operate as a criminal and corrupt enterprise, engaged in the business of stealing Indigenous Peoples property and breaking each other off a cut of the booty and prize acquired.

43. Respondents have all profited from underselling at Sheriff Sales an not reporting the Real value of property acquired or realized to the IRS.

44. At no time, have any of the Claimant's homes been sold for Fair Market Price and Trustees received payment from any residual despot.

45. At all times, Claimants have failed to contact Trustees, pretending as if Trustees do not exist, when lawful private agreements and sales among the Indigenous have occurred.

46. At no time have any of the Claimants' received equity remaining after the prize and booty had been divided amongst the Respondents.

47. Claimant beneficiaries have been left homeless or left under the threat of impending threat of eviction by the Sheriff or Police who kill Indigenous people at will and without recourse in this united states.

48. Respondents have actively and intentionally engaged in presenting fraudulent documents by copying and pasting signatures and affixing initials of Claimant beneficiaries.

49. Claimant beneficiaries are not the owners of the property in the alleged mortgage agreements.

50. Respondents have successfully evaded answering interrogatories regarding the validity of the contracts/mortgage documents.

51. Respondent attorneys and judges have intentionally ignored the laws of Contract and Jus Cogens to turn a profit at the disadvantage of the Trustees and beneficiaries.

52. Claimant Trustees owe a fiduciary duty to the Nation, Clan and beneficiaries and Respondents have unlawfully interfered with the contractual relationship that exists between the Claimant Trustees and beneficiaries, choosing to solely deal with beneficiaries who are unaware of the laws of property, banking and mortgages.

53. Respondents have knowingly engaged in fraud through continuous and ongoing acts of forging signatures or adding signatures subsequent Notarizing documents.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

54. Respondents, in each case have perfected the strategy of contriving fraudulent documents and then selling the documents as real "legal tender" and "promissory notes" to third parties and then "assigning" the mortgage to subsidiary entities owned by the original parent corporation.

55. At all times Respondents have failed to attach any substantive and evidentiary relevant documents proving their relationship and claim as a Creditor-Lender against Claimants-Beneficiaries.

56. At all times Respondents have refused to deal with the Trustees and rightful owners of the estates.

57. Respondents' entities and attorneys, through assistants from the judges, arrogantly present superior rights of claim and ownership to In Rem Property and then deny being required to produce documentary evidence to support such assertions.

58. Respondents' entities and attorneys, through assistants from the judges, arrogantly present superior rights of claim and ownership to In Rem Property and then deny having to deal with the Trustees and lawful owners of the property.

59. Respondent banks are required by law, not under color of law, to maintain records of money transactions.

60. At all times, Respondents have been unable and/or unwilling to produce copies of checks or records evidencing that funds asserted "loaned" and "owed" were in fact transferred and presented and accepted by Trustees of the property.

61. At all times, Respondents' Complaints filed in Court were defective according to each States' procedural laws and included non-applicable boilerplate language to give the appearance of legitimate standing to engage in the business of theft of property and harassing legitimate real property owners.

62. At all times, Claimant asserts, that Trustees are the true owners of the real property and that Respondents in total are operating under *color of authority* and are utilizing, through collusion, the Court System as a means to advance its unlawful objectives.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

63. At all times, Claimant asserts, that Trustees are the true owners of the real property and that Respondents, in total, are operating under *color of law* and are utilizing, through collusion, the Court System as a means to advance its unlawful objectives.

64. Lawfully, a Deed does not supersede Land Patents regardless of how many times the deed is transferred or sold. Indigenous people are the original land patent owners.

65. Claimants are the lawful and rightful possessors of the Land Patents and if Respondents choose to assert rights superior to the land/structures then Respondents lawfully must deal with the Trustees of the Estates and not the beneficiaries of the Estate.

## CONCLUSION

66. The foregoing paragraphs are incorporated by reference as if set forth fully herein.

67. Respondents actions at all times have violated Torah; the Law of Yahuah.

68. Respondents at all times have failed to proffer any factual and legal evidence through pleadings or attaching material documents as evidence to their Mortgage Complaints and establish any cognizable and honorable basis for their foreclosures and therefore any remedy to be provided at Common Law, International Law, or by Statutory Law is beyond Respondents' reach and therefore the cause of Respondents need to engage in malfeasance.

69. Furthermore, Respondents are criminal opportunist and looking to take part in the housing mortgage foreclosure crisis that is currently occurring in the Nation, although not solely, and primarily against a marginalized and discriminated group of people, who are not only indigenous to these lands but who have been targeted for the sole purpose of advancing the Gentrification scheme.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

70. Attorneys are not legally bonded to engage in debt collecting and have failed to adhere to the laws required by the Fair Credit Collections requirements to operate as lawful debt collectors of the united states.

71. Respondents tactics are direct violations of the Declaration on the Rights of Indigenous Peoples established under the United Nations for the protection of people who have been and continue to be detrimentally affected by colonialization and white supremacy.

72. Respondents tactics and intentional acts violate the Guale Yamassee Indigenous Constitution.

73. Respondents tactics and intentional acts violate Free Prior and Informed Consent by Indigenous people regarding their properties and land.

**WHEREFORE,** based upon the aforementioned and by Respondent's plethora of documents filed in the above matters, very own Complaints, which serves as admissions. Claimants on behalf of their-beneficiaries demand that Respondents cease their unlawful and fraudulent actions against Claimants, that this Court under 18 U.S. Code § 3333 ORDER an investigation into the Mortgage fraudulent schemes engaged by the above states and local municipalities, and due to the intentional and punitive nature of Respondents actions, that:

1) Xi Chin Clan Nation receive punitive compensation for all the time and distress and currencies expended in the amount of 599,000,000 (FIVE HUNDRED and NINTY NINE MILLION).in Silver Coins. to ensure Claimants are reasonably compensated for the frivolous and scandalous fraudulent attempt to instill terror in Claimants'-beneficiaries, and other family clans disparately impacted by the intentional acts, including elderly with Dementia, through such conveyance of paper terrorism fraudulently providing rights to dispossess of real property *res,*

2) An investigation into the corrupt practices of stealing property through fraudulent foreclosure actions is conducted and prosecuted to the fullest extent of Torah, which is law, and not under color of law or abuses of discretion, and

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

3) All Claimants be made whole through compensatory compensation with interest for all intentional trespasses committed and permitted.

Honorably Submitted,

All Rights Reserved

Date of Execution: 9.18.2020

*Autograph of Rhashea Lynn Harmon-El, Esq.*
*Trustee*
*The Be Kind and Unified Indigenous Foreign*
*Private Family Trust (Trustee)*
*Harmon Rhashea Lynn Foreign Trust*
*(Trustee)*
*RLH Ma'at Law Firm (CEO)*
*Chief Juris Consul Officer of Guale Yamassee*
*Juris Consul Office*
*P.O. Box 7446*
*Philadelphia, Pennsylvania 19101*
*267.312.7322*
*Email:*
*JurisConsulOffice@gualeyamasseecourt.org*
*1.888.696.0367*

*Autograph of Chief White Owl, Trustee*
*Xi Chin Clan Nation (Trustee)*
*Chief Compliance Office of Guale Yamassee*
*Compliance Department*
*P.O. Box 6666*
*Woodbridge, Virginia 22195*
*703.967.5994*
*Compenforcer@gualeyamasseecourt.org*
*1.888.696.0367*

*-All Rights Reserved-*

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## **VERIFICATION**

By our autographed hand and seal _____, Wee verify that the factual statements herein are true, correct and made with honor according to our knowledge and comprehension.

As the Trustees and Juris Consul of Guale Yamassee, Wee, verify in accordance with the **laws, statutes and commandments of Yahuah,** our **Elohiym** of **Yashar'el,** and **in accordance with the laws of Jus Cogens and UCC,,** which are in accordance with the Laws, Statutes, an Commandments, that the statements made herein are made with the utmost knowledge and intent to represent **TRUTH** and that it is comprehended that having intentionally and knowingly being made of a corrupt mind with the intent to commit wicked, deceitful perjuries, that such acts, exercise the understanding of the established parallel law of Torah codified in 28 United States Code 1746 relating to unsworn falsification.

Honorably Submitted,

All Rights Reserved

Date of Execution: 9.18.2020

*Autograph of Rhashea Lynn Harmon-El, Esq.*
*The Be Kind and Unified Indigenous Foreign*
*Private Family Trust (Trustee)*
*Harmon Rhashea Lynn Foreign Trust*
*(Trustee)*
*RLH Ma'at Law Firm (CEO)*
*Chief Juris Consul Officer of Guale Yamassee*
*Juris Consul Office*

*Autograph of Chief White Owl*
*Xi Chin Clan Nation (Trustee)*
*Chief Compliance Office of Guale Yamassee*
*Compliance Department*

*-All Rights Reserved-*

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## CERTIFICATE OF SERVICE

By my autograph and seal, and in conformance with the Uniform Postal Act and laws governing by the Uniform Postal Union, Wee, _____, and _____ have certified that Wee, have caused a true and correct copy of the Cause of Action Against United States and its Agents to be filed on _____ and mailed by the U.S. Postal First Class Mail on _____ to the following persons (entities) or living men or women:

CAMILLE T. BARRY, DBA NOTARY AND OWNER OF BEREEN & BARRY INVESTMENTS, LLC

11654 Plaza America Drive

Reston, Virginia 20190


BRANCH BANKING AND TRUST CORPORATION (NYSE:BB&T) DBA

c/o INTERTRUST BANK

190 Elgin Avenue

Grand Cayman KY1-9005, Cayman Islands


COMMONWEALTH OF VIRGINIA

Ralph Northam,

DBA GOVERNOR OF VIRGINIA

c/o OFFICE OF THE SECRETARY OF THE COMMONWEALTH

SERVICE OF PROCESS DEPARTMENT

P.O. BOX 2452

Richmond, Virginia 23218-2452

SECRETARY OF THE COMMONWEALTH OF VIRGINIA

P.O. Box 1795

Richmond, Virginia 23218-1795

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

SAMUEL P. WHITE, P.C.

5040 Corporate Woods Drive, Suite 120

Virginia Beach, Virginia 23462

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL

Josh Shapiro, Esquire dba Attorney General of Pennsylvania

393 Walnut Street

Harrisburg, Pennsylvania 17120

COMMONWEALTH OF PENNSYLVANIA

Tom Wolf

DBA GOVERNOR OF PENNSYLVANIA

Main Capital, Room 225

Harrisburg, Pennsylvania Commonwealth, [17120]

COURT OF COMMON PLEAS PHILADELPHIA COUNTY

AOPC

1515 Market Street

Philadelphia, Pennsylvania 19106

PHILADELPHIA COUNTY, CITY OF PHILADELPHIA

Jim F. Kenney

DBA Mayor of the City of Philadelphia

City Hall, Room 115

Philadelphia, Pennsylvania 19107

SUPREME COURT OF PENNSYLVANIA

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

AOPC

1515 Market Street

Philadelphia, Pennsylvania 19106

MATRIX FINANCIAL SERVICES

CORPORATION,

5151 CORPORATION DRIVE

TROY, MI 48098

FLAGSTAR BANK

5151 Corporate Drive

Troy, Michigan 48098-2639

PENNSYLVANIA HUMAN RELATIONS COMMISSION

Philadelphia Regional Office

10 N. 8th Street, Suite 501

Philadelphia, Pennsylvania 19107

OFFICE OF THE SHERIFF

CITY and COUNTY of PHILADELPHIA

LAND TITLE BUILDING

100 S. Broad Street, 5th Floor

Philadelphia, Pennsylvania 19110

COMMONWEALTH LAND TITLE INSURANCE COMPANY

601 Riverside Avenue

Jacksonville, Florida 32204

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, OFFICE OF JUDICIAL RECORDS
FOR FILING
Room 284, City Hall
PHILADELPHIA, PENNSYLVANIA COMMONWEALTH 19107

PHELAN, HALLINAN DIAMOND & JONES, LLP

1617 JFK BOULEVARD, SUITE 1400

ONE PENN CENTER PLAZA

PHILADELPHIA, PA 19103

GRB LAW

1425 Spruce Street, Suite 100

Philadelphia, Pennsylvania 19102

POMERANTZ & ASSOCIATES

21 S. 12th Street, 7th Floor

Philadelphia, Pennsylvania 19107

LINDA CARPENTER, dba Judge for

Philadelphia Court of Common Pleas

1418 Criminal Justice Center,

Philadelphia, Pennsylvania 19107

FANTA SANOE

6829 Guyer Avenue

Philadelphia, Pennsylvania 19142

NIS LAR LLC

4323 Spruce Street

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Philadelphia, Pennsylvania 19104

Justin L Krik, Esquire

1500 JFK Boulevard, Suite 630

Philadelphia, Pennsylvania 19102

YELENA SNIGUR

dba NOTARY PUBLIC IN PENNSYLVANIA

c/o PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF COMMISSIONS

Capital Park

401 North Street

Harrisburg, Pennsylvania 17101

BANK OF NEW YORK MELLON

Thomas P. Gibbons, dba Vice Chair and Chief Financial Officer and

Robert Kelly

225 Liberty Place

New York, NY 10286

BANK OF AMERICA

100 N. Tryon Street

Charlotte, North Carolina 28255

DITECH FINANCIAL LLC

3000 Bayport Drive

1100 Tampa, Florida 33607

**Page 23 of 27**

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

BAYVIEW LOAN SERVICING

4425 Ponce De Leon Boulevard

5th Floor

Coral Gables, Florida 33146

WORCHESTER COUNTY SHERIFF'S OFFICE

240 Main Street

Worchester, MA 01608

MCCARTER & ENGLISH LLP

265 Franklin Street

Boston, Massachusetts 02110-3113

SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS

McCormack Building,

One Ashburton Place

Boston, Massachusetts 02108

ANTHONY N. RENZI dba

WALTER INESTMENT MANAGEMENT CORP., and

Gary L. Tillett, dba as Chief Financial Officer of Walter Investment Management Corporation

3000 Bayport Drive, Suite 1100

Tampa, Florida 33607

WORCHESTER COUNTY SHERIFF'S OFFICE

240 Main Street

Worcester, Massachusetts 01608

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

OFFICE of ATTORNEY GENERAL

Maura Healy, Esquire dba Attorney General of Massachusetts

1 Ashburton Place

Boston, Massachusetts 02108


COMMONWEALTH OF MASSACHUSETTS

Charlie Baker, dba Governor of Massachusetts

c/o Massachusetts State House

Beacon Street, #280

Boston, Massachusetts 12133


KORDE & ASSOCIATES, P.C.

Timothy French Esquire

900 Chelmsford Street, Suite 3102

Lowell, Massachusetts 01851


OFFICE OF CONSUMER AFFAIRS AND BUSINESS REGULATION

501 Boylston Street #5100

Boston, Massachusetts 02116


MICHAEL BOMSTEIN, Esquire

100 S. Broad Street, #2126

Philadelphia, Pennsylvania 1907


STRADLEY RONON STEVENS & YOUNG LLP

2005 Market Street, Suite 2600

Philadelphia, Pennsylvania 19103-2018

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

PREMIER TITLE COMPANY

8245 Boone Boulevard,

Suite 410

Tysons, Virginia  22182

INTERNAL REVENUE SERVICE

Office of Customer Service

P.O. Box 1115

Richmond, VA 20218

Respondents,

Date of Execution: _____     By: _____

Autograph of living man or woman.

IN THE UNITED DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2020, upon acceptance, comprehension and consideration of this herein Complaint it is hereby ORDERED and DECREED that the APPLICATION FOR RELIEF is GRANTED along with REMEDY.

By THE COURT:

_____
                                        J.